*# 611340    # 128130*

FILED
2009 DEC -3 PM 2: 33
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                            *        CASE # 05-31363 S
                                           CHAPTER 13
                                  *
Toles, Kimberly J.
Debtor                            *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 603274 | Capital One Bank<br>c/o TSYS Debt Mgmt.<br>P O Box 5155<br>Norcross, Ga.  30091 | 18.95 | 10/30/09 |
| 603275 | Same as above | 9.66 | 10/30/09 |

2. Your trustee's check #611340 for a total of $28.61 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 11/30/09

                                           John P. Gustafson
                                           Trustee in Bankruptcy